UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

JOSEPH CROCCO,

            Defendant.
------------------------------------------------------------x

**<u>RE-SCHEDULING ORDER</u>**

7:24-CR-00395-PMH

The U.S. Marshals informed the Court that the Defendant could not be produced for the status conference on October 16, 2024. Therefore, the status conference has been re-scheduled for November 12, 2024 at 2:30 p.m. in a courtroom to be determined at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       October 17, 2024

_____
Philip M. Halpern
United States District Judge