LAW OFFICES OF

# Koffsky & Felsen, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

August 28, 2025

**Via ECF**

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

*Although Rule 49.2 was not in effect at the time ECF No. 3 was docketed, the rationale behind that rule applies, and therefore the Clerk of Court is respectfully directed to seal ECF No. 3, with availability to the Court and parties only.*

*SO ORDERED.*

*Cathy Seibel*  8/28/25
*CATHY SEIBEL, U.S.D.J.*

Re:   United States v. Joseph Crocco
      7:24-cr-00395-CS-1

Dear Judge Seibel:

On July 7, 2025, I was appointed as replacement counsel to represent defendant Joseph Crocco on two matters before the Court; a matter that proceeded to trial before your Honor (DN: 7:24-cr-595 (CS)), and the above docket number, a matter concerning an out of District Supervised Release Violation. It has come to my attention that on or about September 6, 2024, Mr. Crocco, without the advice of counsel[1], wrote a letter to the Court[2] which was docketed and available to the general public (See Docket Entry. 3). Upon reading the letter, the undersigned believes that it contains sensitive and personal information concerning Mr. Crocco that could jeopardize his safety and privacy while detained.

Local Criminal Rule 49.2 of the Joint Local Rules of the S.D.N.Y. and E.D.N.Y. provides that when a defendant is represented by counsel in a pending criminal matter, the defendant may not file or submit any document (unless it is a request for new counsel or to proceed pro se) unless otherwise ordered by the Court. The remedy for a represented defendant's attempt to file such a document is for the Court to file the document under seal and "not to afford the document further consideration."

The undersigned respectfully moves that the defendant's letter identified above, be ordered to be filed under seal because at the time of its submission, the defendant was represented by

---

[1] Predecessor counsel Michael Burke was appointed to represent Mr. Crocco on July 24, 2024, see DN: 7:24-cr-595 (CS) at docket entry 3.
[2] Mr. Crocco's letter was addressed to Judge Halpern, who was presiding over the case until November 7, 2024, at which time the case was reassigned to Your Honor.

Letter
Date
Page 2

counsel, and the Court did not give the defendant permission to file said letter.  The undersigned has spoken with AUSA Benjamin Levander who indicates that the government has no objection to the defendant's request to seal.

    For the above-stated reasons, I respectfully request that the Court seal the letter (Doc. 3) pursuant to Local Rule 49.2.

                              Respectfully submitted,

                              */s/ Bruce D. Koffsky*

BDK/dgb

cc: Government counsel via ECF